1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8                 UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                       EASTERN DIVISION

10

11  MICHAEL LAWRENCE McVEY,      )    CASE NO.: **EDCV 10-01721 FMO**
                                 )
12              Plaintiff,       )    ORDER AWARDING
                                 )    EAJA FEES
13         v.                    )
                                 )
14  MICHAEL J. ASTRUE,           )
    Commissioner of Social Security, )
15                               )
                Defendant.       )
16  _____ )

17

18       Based upon the parties' Stipulation for Award and Payment of Equal Access

19  to Justice Act (EAJA) Fees ("Stipulation"),

20       **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21  Equal Access to Justice Act, ("EAJA") in the amount of ONE THOUSAND FOUR

22  HUNDRED SIXTY-SIX DOLLARS and no/cents ($1,466.00), as authorized by

23  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

24       DATED:    7/13/11

25

26  _____/s/_____
                    UNITED STATES MAGISTRATE JUDGE

27

28

                              1